# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLORIA F. TINGLING,
                Appellant,

vs.

PHILIP FAIRWEATHER; AND THE
TINGLING FAMILY TRUST,
                Respondents.

No. 80236

**FILED**

MAR 2 3 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER GRANTING MOTION TO WITHDRAW AND DISMISSING APPEAL*

Attorney Edward D. Boyack has filed an unopposed motion to withdraw as counsel for appellant. Appellant has also submitted, in pro se, a letter stating that she is now representing herself in this matter.[1] Accordingly, the motion to withdraw is granted. NRAP 46(e)(3); RPC 1.16(a),(b). The clerk shall remove Mr. Boyack and Boyack Orme & Anthony as counsel of record for appellant.

This court's review of the notice of appeal, docketing statement, and other documents before this court reveals a jurisdictional defect. The order challenged on appeal is not signed by the district court judge and thus is not appealable as a final judgment under NRAP 3A(b)(1). Under NSTR 3(d), pro tempore short trial judges are not authorized to render final judgments, and their proposed judgments are not effective until signed by the district court. NSTR 3(d)(4). Although the appealed order indicates that the short trial judge has rendered a decision, no judgment on that decision signed by the district court and entered on the record was attached to appellant's docketing statement, and none appears in the district court

---

[1]The clerk shall file the pro se letter, received on March 11, 2020.

20-11136

docket entries. Accordingly, it appears that this court lacks jurisdiction, and this court

ORDERS this appeal DISMISSED.[2]

_____ , J.
Parraguirre

_____ , J.
Hardesty

_____ , J.
Cadish

cc:   Hon. Joanna Kishner, District Judge
Boyack Orme & Anthony
Joseph W. Houston, II
Gloria F. Tingling
Eighth District Court Clerk

---

[2]Any aggrieved party may file a new notice of appeal once the district court enters a final judgment in the underlying matter.

Given this dismissal, the February 13, 2020, motion to dismiss this appeal is moot and this court takes no action on it.